# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE FONTANEZ-MASSO, EDGAR VELEZ, JOSE DEANDA, BRENDA FONTANEZ-MASSO, CARLOS DAVID, CARLOS VELAZQUEZ, and JOSE SANTOS-MARTI,<br><br>Defendants. | Case No. 16-CR-87-JPS<br><br><br>**ORDER** |

On September 6, 2017, the government filed a motion for a preliminary order of forfeiture as to certain property of defendants Jorge Fontanez-Masso, Edgar Velez, Jose Deanda, Brenda Fontanez-Masso, Carlos David, Carlos Velazquez, and Jose Santos-Marti. (Docket #427 at 1-3). Pursuant to their respective plea agreements, the above-referenced defendants agreed to the forfeiture of the property items described in the bills of particulars and the forfeiture notices of the Indictment or the Information in which they were charged. (Docket #297 at 8, #299 at 8, #300 at 8, #302 at 8, #303 at 8, #304 at 8, #305 at 8). The Court will, therefore, grant the government's motion. *See* Fed. R. Crim. P. 32.2.

The government also moved for dismissal of certain property items because they have already been administratively forfeited. (Docket #427 at 3-4). The Court will grant this portion of the government's motion as well.

Accordingly,

**IT IS ORDERED** that the government's motion for preliminary order of forfeiture and for dismissal of certain property items of defendants (Docket #427) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that all right, title, and interest in the following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

1. Approximately $43,940.54 in United States currency seized on or about May 19, 2016, from a vehicle driven by defendant Jose Deanda at or near 8XX 62nd Street, Kenosha, Wisconsin;

2. Approximately $2,760.00 in United States currency seized on or about June 14, 2016, from the residence of defendant Edgar Velez located at 2XXX 56th Street, Kenosha, Wisconsin;

3. Approximately $3,000.00 in United States currency seized on or about June 14, 2016, from the residence of defendant Edgar Velez located at 2XXX 56th Street, Kenosha, Wisconsin;

4. Approximately $5,069.00 in United States currency seized on or about June 14, 2016, from the residence of defendant Jose Santos-Marti located at 8XX S. 28th Street, #X, Milwaukee, Wisconsin;

5. Seven assorted men's gold jewelry items (identified below) seized on or about June 14, 2016, from the residence of defendant Carlos David located at 1XXX N. Hamlin Avenue, #X, Chicago, Illinois:

    a. One 14-karat yellow gold solid Cuban link chain,

    b. One 14-karat yellow gold ring with simulated Emerald stone,

    c. One Men's 14-karat yellow gold multi-diamond dress ring,

      d.      One 14-karat yellow gold Lucien Piccard American Liberty style watch, serial number K127309,

      e.      One 14-karat yellow gold religious medal with diamond and simulated ruby accents with chain,

      f.      One 10-karat yellow gold ring with cubic zirconia stones, and

      g.      One 14-karat yellow gold circular disc pendant with cubic zirconia stones attached to chain;

6. One 2006 Harley Davidson Sportster 1200 motorcycle bearing vehicle identification number (VIN) 1HD1CGP196K401576 seized on or about June 14, 2016, from the residence of defendants Carlos Velazquez and Brenda Fontanez-Masso located at 3XXX South 21st Street, Milwaukee, Wisconsin;

7. One 2009 Nissan Titan truck bearing vehicle identification number (VIN) 1N6BA07D39N310705 seized on or about June 14, 2016, from the residence of defendants Carlos Velazquez and Brenda Fontanez-Masso located at 3XXX South 21st Street, Milwaukee, Wisconsin;

8. One Yamaha Grizzly 550 ATV bearing serial number JY4AJ40YXBC015362 seized on or about June 14, 2016, from the residence of defendants Carlos Velazquez and Brenda Fontanez-Masso located at 3XXX South 21st Street, Milwaukee, Wisconsin;

9. One Falcon Trailer Works Trailer, Model Utility SA612, bearing vehicle identification number 432SA121XF1000809 seized on or about June 14, 2016, from the residence of defendants Carlos Velazquez and Brenda Fontanez-Masso located at 3XXX South 21st Street, Milwaukee, Wisconsin;

10. One Stealth Enterprises Sabre Trailer, Model SAB8520TA2, bearing vehicle identification number 52LBE2022DE011589 seized on or about June 14, 2016, from defendant Jorge Fontanez-Masso at EZ Self Storage, 10535 West College Avenue, Franklin, Wisconsin; and

11. One Forest King Log Splitter, Model YTL23308, bearing serial number SP188LS2212090782 seized on or about June 14, 2016, from the residence of defendants Carlos Velazquez and Brenda Fontanez-Masso located at 3XXX South 21st Street, Milwaukee, Wisconsin;

**IT IS FURTHER ORDERED** that the above-listed items shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property according to law;

**IT IS FURTHER ORDERED** that the following items be and the same are hereby **DISMISSED** from the forfeiture notice of the Indictment:

1. Approximately $12,000.00 in United States currency seized on or about June 14, 2016, from the residence of defendant Jorge Fontanez-Masso located at 2XXXX S. 51st Street, Milwaukee, Wisconsin; and

2. Approximately $2,640.00 in United States currency seized on or about June 14, 2016, from the residence of defendants Carlos Velazquez and Brenda Fontanez-Masso located at 3XXX S. 21st Street, Milwaukee, Wisconsin; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in each of the defendants' Judgment and Commitment Orders.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge